UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-00186-PMP-GWF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| POWER COMPANY, INC., doing ) business as THE CRAZY HORSE TOO, ) and FREDERICK JOHN RIZZOLO, ) | |
| Defendants. ) | |
| _____ ) | |

**IT IS ORDERED that** Plaintiff United States Motion to Extend Time to Canico's Opposition (Doc. #344) to United States of America's Motion to Dismiss the Petition of Canico Capital Group, LLC (Doc. #352) is **GRANTED**, and Plaintiff United States shall have up to and including September 17, 2010, within which to file a reply memorandum.

DATED: August 26, 2010.

PHILIP M. PRO
United States District Judge