# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>POWER COMPANY INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO,<br><br>　　　　　Defendants. | 2:06-CR-00186-PMP-PAL<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff United States of America shall up to and including **October 1, 2010**, within which to file a Response to Interested Parties Kirk and Amy Henry's Motion Under 18. U.S.C. 3663A to Revoke or Extend Rick Rizzolo's Term of Supervision (Doc. #357), filed on September 9, 2010.

DATED: September 20, 2010.

_____
PHILIP M. PRO
United States District Judge