DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Carlos.Gonzalez2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>POWER COMPANY INC., dba THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO,<br><br>    Defendants. | Case No. 2:06-cr-00186-PMP-PAL<br><br>MOTION FOR SUPPLEMENTARY PROCEEDINGS (EXAMINATION OF JUDGMENT DEBTOR) |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, moves this Honorable Court for an order requiring defendant, Frederick John Rizzolo, to appear before a United States Magistrate Judge at a time and place to be set by the court for examination supplementary to judgment pursuant to Rule 69 of Fed. R. Civ. P. and N.R.S. 21.270.

. . .

. . .

. . .

. . .

. . .

1 | This motion is based upon the attached Declaration and the pleadings and
2 | papers on file herein.
3 | DATED this 27th day of October, 2010.

DANIEL G. BOGDEN
United States Attorney

/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney

# DECLARATION

## FOR MOTION FOR SUPPLEMENTARY PROCEEDINGS

## (EXAMINATION OF JUDGMENT DEBTOR)

STATE OF NEVADA    )
                   ) ss
COUNTY OF CLARK    )

Terri Jamison declares pursuant to 28 U.S.C. Section 1746 under penalty of perjury that the foregoing is true and correct.

1. She is a Legal Assistant for the United States Attorney's Office, Financial Litigation Unit, District of Nevada. She has custody of the records in this office pertaining to this collection matter.

2. Judgment was entered January 23, 2007, for plaintiff and against defendant, Frederick John Rizzolo, for the sum of $11,973,440.31, together with interest thereon from the date of judgment and court costs.

3. Frederick John Rizzolo resides within the jurisdiction of this court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The Judgment remains unpaid.

_Terri Lyn Jamison_
Terri Lyn Jamison
Legal Assistant
Financial Litigation Unit

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>POWER COMPANY INC., dba THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO<br><br>　　　　Defendants. | Case No. 2:06-cr-00186-PMP-PAL<br><br>ORDER FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION |

On plaintiff's motion and good cause appearing, the defendant, Frederick John Rizzolo, is hereby ordered to appear before the United States Magistrate, courtroom _____, Lloyd D. George Federal Building and Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the _____ day of _____, 2010 at _____, to then and there answer upon oath concerning the property of the defendant and for such other proceeding as there may occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, deliver to the Financial litigation Unit, at least 7 days before the hearing, the following:

    1. A completed Financial Statement of Individual Debtor form that will be provided to you. Also a copy of the financial statement you provided to Probation for their pre-sentence investigation.

    2. Your three most recent federal income tax returns, including tax returns and/or annual filings for any corporations or trusts, along with their attachments. These should include filings for your co-defendant, The Power Company, Inc., and the Lions Limited Partnership, Ricriz, LLC, Domole LLC, TEZ Real Estate LP, and TEZ Management LLC, as well as tax filings (such as 1041s with attachments) for The Rick and Lisa Family Trust, The

TLT Trust and The RLR Trust. Also include these documents for any other corporations or trusts that you have an interest in.

3. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months. Include balance sheets and profit and loss statements for the above-listed businesses for the last 3 years. Also include the banking statements for the above-listed trusts, as well as any other trusts or businesses you have an interest in.

4. Copies of the titles to all your or your spouse's vehicles, automobiles, boats, aircraft, etc.

5. Copies of any deeds, mortgages, leases or other documents representing any ownership interest you have in any real property; and all statements showing the present balances owing or any debts secured by such real property.

6. Copies of your earning statements (i.e. paychecks or 1099s for gambling winnings) for the past twelve months.

7. Copies of your bills, including monthly statements for credit cards and gas cards, for the past twelve months to verify your statements on the financial form.

8. Copies of all incorporation papers, annual lists and stock certificates for any companies, corporations or partnerships, including the co-defendant, The Power Company, as well as The Lions Limited Partnership, Ricriz LLC, Domole LLC, TEZ Real Estate LP and TEZ Management LLC.

9. Copies of all trust agreements in which you are named trustor, trustee, or beneficiary. Give a complete listing of the contents of each trust.

10. Copies of any life insurance policies. Give an accounting of premiums paid and the cash surrender value of each policy if applicable.

11. Copies of all your stocks, bonds, and securities.

12. An inventory of personal jewelry that includes any item valued greater than $100. Also an accounting of the jewelry items that have been sold in the last 12 months and the income the sales produced.

13. An inventory of items in an art collection, art treasure, antique(s), coin or stamp collection or library owned by you.

14. An accounting of the spousal support payments that were ordered to be paid monthly in the divorce decree filed May 24, 2005.

. . .

. . .

It is further ordered that a copy of this order shall be served upon the defendant by the United States Marshal at least _____ calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this _____ day of _____, 2010.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney


/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant U. S. Attorney