DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Carlos.Gonzalez2@usdoj.gov

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:06-cr-00186-PMP-PAL |
| vs. | MOTION FOR VACATE AND RESET JUDGMENT DEBTOR EXAMINATION |
| POWER COMPANY INC., dba THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO, | |
| Defendants. | |

Comes now the United States of America by and through counsel of record and respectfully request this court to vacate and reset the above captioned judgment debtor examination presently set for December 14, 2010 at 9:30am.

The instant request is based on business and personal factors. Undersigned counsel will be out of the district for government business reason in Columbia, South Carolina on the week of December 5, 2010 followed by travel to New York City for family health reason on December 9, 2010. Counsel expect to be back in the District of Nevada on December 15, 2010.

. . .

. . .

1 | Assistant United States Attorney Eric Johnson could be available to proceed with the judgment debtor examination after 11:00am on December 14, 2010 if the court were incline to reset it for another time on that day.  In the alternative, the United States would ask the court to reset it no more than a few days after December 15, 2010.

It is therefore respectfully requested that this honorable court vacate and reset the 9:30am, December 14, 2010 judgment debtor examination.

RESPECTFULLY SUBMITTED

DATED this  3rd day of November, 2010.

DANIEL G. BOGDEN
United States Attorney

/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>POWER COMPANY INC., dba THE<br>CRAZY HORSE TOO, and<br>FREDERICK JOHN RIZZOLO,<br><br>　　　　Defendants. | Case No. 2:06-cr-00186-PMP-PAL<br><br>ORDER FOR SUPPLEMENTARY<br>PROCEEDINGS OF JUDGMENT<br>DEBTOR EXAMINATION |

　　　　On plaintiff's motion and good cause appearing, the defendant, Frederick John Rizzolo, is hereby ordered to appear before the United States Magistrate, courtroom  3B  , Lloyd D. George Federal Building and Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the  17th  day of  December , 2010 at 9:00 a.m., to then and there answer upon oath concerning the property of the defendant and for such other proceeding as there may occur consistent with proceedings supplementary to execution.

　　　　It is further ordered that you, the defendant, deliver to the Financial litigation Unit, at least 7 days before the hearing, the following:

　　　　1. A completed Financial Statement of Individual Debtor form that will be provided to you. Also a copy of the financial statement you provided to Probation for their pre-sentence investigation.

2. Your three most recent federal income tax returns, including tax returns and/or annual filings for any corporations or trusts, along with their attachments. These should include filings for your co-defendant, The Power Company, Inc., and the Lions Limited Partnership, Ricriz, LLC, Domole LLC, TEZ Real Estate LP, and TEZ Management LLC, as well as tax filings (such as 1041s with attachments) for The Rick and Lisa Family Trust, The TLT Trust and The RLR Trust. Also include these documents for any other corporations or trusts that you have an interest in.

3. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months. Include balance sheets and profit and loss statements for the above-listed businesses for the last 3 years. Also include the banking statements for the above-listed trusts, as well as any other trusts or businesses you have an interest in.

4. Copies of the titles to all your or your spouse's vehicles, automobiles, boats, aircraft, etc.

5. Copies of any deeds, mortgages, leases or other documents representing any ownership interest you have in any real property; and all statements showing the present balances owing or any debts secured by such real property.

6. Copies of your earning statements (i.e. paychecks or 1099s for gambling winnings) for the past twelve months.

7. Copies of your bills, including monthly statements for credit cards and gas cards, for the past twelve months to verify your statements on the financial form.

8. Copies of all incorporation papers, annual lists and stock certificates for any companies, corporations or partnerships, including the co-defendant, The Power Company, as well as The Lions Limited Partnership, Ricriz LLC, Domole LLC, TEZ Real Estate LP and TEZ Management LLC.

9. Copies of all trust agreements in which you are named trustor, trustee, or beneficiary. Give a complete listing of the contents of each trust.

10. Copies of any life insurance policies. Give an accounting of premiums paid and the cash surrender value of each policy if applicable.

11. Copies of all your stocks, bonds, and securities.

12. An inventory of personal jewelry that includes any item valued greater than $100. Also an accounting of the jewelry items that have been sold in the last 12 months and the income the sales produced.

13. An inventory of items in an art collection, art treasure, antique(s), coin or stamp collection or library owned by you.

14. An accounting of the spousal support payments that were ordered to be paid monthly in the divorce decree filed May 24, 2005.

It is further ordered that a copy of this order shall be served upon the defendant by the United States Marshal at least __14__ calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this 8th day of November, 2010.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney


/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant U. S. Attorney