**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-00186-PMP-GWF |
| vs. | ) | **ORDER** |
| POWER COMPANY, INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO, | ) | |
| Defendants. | ) | |

    Canico Capital Group, LLC's Petition for Oral Argument (Doc. #362) is hereby GRANTED. The Court will conduct a hearing on Canico Capital Group, LLC's Petition for Ancillary Hearing (Doc. #343) and the United States' Motion to Dismiss the Petition of Canico Capital Group, LLC (Doc. #344) on December 23, 2010 at 9:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

    IT IS FURTHER ORDERED that the United States shall advise the Court in writing no later than December 21, 2010, whether the Crazy Horse Too sold under the prior contract set to expire on November 30, 2010, and if not, its alternative proposal for the disposition of the property.

DATED: December 6, 2010

                                                   _____
                                                   PHILIP M. PRO
                                                   United States District Judge