UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-00186-PMP-GWF |
| vs. | ) | **ORDER** |
| POWER COMPANY, INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO, | ) | |
| Defendants. | ) | |

On November 1, 2010, the Honorable Peggy A. Leen granted the United States' Motion for Judgment Debtor Exam and set the judgment debtor exam of Defendant Rick Rizzolo for December 14, 2010. On November 9, Judge Leen granted the Government's motion to move the exam to December 17.

On November 29, 2010, Defendant Rizzolo filed a Motion to Vacate Judgment Debtor Examination (Doc. #372). The briefing on this motion will not be completed until December 13, 2010. The undersigned will be out of the country at that time. Because the motion should be heard by the original sentencing judge if possible, the Court will vacate the judgment debtor exam currently set for December 17, pending the undersigned's resolution of Defendant Rizzolo's Motion to Vacate.

DATED: December 6, 2010

_____
PHILIP M. PRO
United States District Judge