UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>FREDRICK RIZZOLO aka RICK RIZZOLO,<br>　　　　　Defendants. | 2:06-CR-00186-PMP-PAL<br><br>**ORDER** |

On February 22, 2011, the Court conducted a hearing regarding Defendant Rizzolo's Request to Vacate Judgment Debtor Examination; Motion to Require the Government to Specifically Perform the Terms of the Plea Agreement; and Request to Strike the Illegal Modification of Sentence (Doc. #372), and Defendant Rizzolo's Amended Request to Vacate Judgment Debtor Examination; Motion to Require the Government to Specifically Perform the Terms of the Plea Agreement; and Request to Strike the Illegal Modification of Sentence (Doc. #405).  For the reasons set forth at the hearing, and for the additional reasons set forth at the hearing conducted April 26, 2010 (Doc. #325, #328), the Court finds that Defendant Rizzolo's Motions (Doc. #372) and (Doc. #405) must be **DENIED** in their entirety.

　　　　**IT IS SO ORDERED**.

DATED:  February 22, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge