Michael R. Mushkin, Esq.
Nevada State Bar #2421
Michael R. Mushkin & Associates
4475 South Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Fax: (702) 454-3333
Email: Michael@mushlaw.com

Attorneys for Canico Capital Group, LLC



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POWER COMPANY INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO,<br><br>Defendants. | Case No. 2:06-cr-00186-PMP (PAL) |

### ORDER OF SALE

On February 11, 2011, the Court heard argument (Doc. #400) from the parties relating to the Joint Statement of Canico Capital Group, LLC, and the Henrys Setting Forth Process for Effecting Sale by the Deadline Imposed; in the alternative, Offer of Alternative Proposals by which to Accomplish the Sale (Doc. #394, filed January 24, 2011) and the United States of America's Sale of the Forfeited Property Pursuant to Court Order (Doc. #395, filed January 24, 2011). The Court having continued the hearing of February 11, 2011 on the motions before it to February 24, 2011 and further ordered that the parties appear on February 24, 2011 (Doc. #400); Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, appearing on behalf of the United States of

America, Michael R. Mushkin, Esq. appearing on behalf of Canico Capital Group, LLC, and both C. Stanley Hunterton, Esq. and Phillip R. Erwin, Esq. appearing on behalf of Kirk and Amy Henry (Doc. #411).

The United States of America ("United States") requested the withdrawal of the United States of America's Motion to Stay Foreclosure (Doc. #122) and requested the Court to vacate the order staying the foreclosure (Doc. #167) that the Court ordered on February 28, 2008, which was entered on February 29, 2008. The United States of America also requested the Court to modify the Order (Doc. #386), page 10, lines 25-28 through page 11, lines 1-4, removing the requirement that the United States sell the property and allowing Canico Capital Group, LLC, to foreclose on the property. Doc. #411.

Having heard from the Henrys, Canico Capital Group, LLC, and the United States,

The Court specifically finds that the foreclosure sale by Canico Capital Group, LLC, is a sale for all purposes, including the plea agreements (Doc. #7 and Doc. #8), the Second Amended Order of Forfeiture (Doc. #242), and the Order (Doc. #386, filed December 22, 2010) amending the Second Amended Order of Forfeiture which substituted Canico Capital Group, LLC for Security Pacific Bank and ordered that Canico Capital Group, LLC retain Security Pacific Bank's priority position.

IT IS THEREFORE ORDERED that the United States of America's Motion to Stay Foreclosure (Doc. #122) is withdrawn.

IT IS FURTHER ORDERED that the order granting the United States of America's Motion to Stay Foreclosure (Doc. #167) is vacated only as to the stay.

IT IS FURTHER ORDERED that Canico Capital Group, LLC, will foreclose on the property.

IT IS FURTHER ORDERED that Order (Doc. #386), page 10, lines 25-28 through page

11, lines 1-4, is changed as follows:

IT IS FURTHER ORDERED that Canico Capital Group, LLC, will conduct a non-judicial foreclosure sale of the property under Nevada law, to be completed by not later than July 15, 2011.

IT IS FURTHER ORDERED that the foreclosure sale by Canico Capital Group, LLC, is a sale for all purposes, including the plea agreements (Doc. #7 and Doc. #8), the Second Amended Order of Forfeiture (Doc. #242), and the Order (Doc. #386, filed December 22, 2010) amending the Second Amended Order of Forfeiture which substituted Canico Capital Group, LLC for Security Pacific Bank and ordered that Canico Capital Group, LLC retain Security Pacific Bank's priority position.

DATED: February 28, 2011.

_____
PHILIP M. PRO
UNITES STATES DISTRICT JUDGE

Submitted by:

MICHAEL R. MUSHKIN & ASSOCIATES

By: _____
MICHAEL R. MUSHKIN, ESQ. (2421)
4475 South Pecos Road
Las Vegas, NV 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333
*Attorneys for Canico Capital Group, LLC*

CAMPBELL & WILLIAMS

By: /s/ Philip R. Erwin
DONALD J. CAMPBELL, ESQ. (1216)
PHILIP R. ERWIN, ESQ. (11563)
700 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
*Attorneys for Kirk & Amy Henry*

HUNTERTON & ASSOCIATES

By: /s/ C. Stanley Hunterton
C. STANLEY HUNTERTON, ESQ. (1891)
333 S. 6th Street
Las Vegas, NV 89101
Telephone: (702) 388-0098
Facsimile: (702) 388-0361
*Attorneys for Kirk & Amy Henry*

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

By: /s/ Daniel D. Hollingsworth
DANIEL D. HOLLINSWORTH (1925)
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
*Attorneys for the United States of America*

-4-