# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>        Plaintiff,<br><br>vs.<br><br>FREDERICK JOHN RIZZOLO ET AL.,<br><br>        Defendant. | District No.   2:06-CR-0186-PMP-PAL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On March 10th, 2011 this court received a transcript order form dated March 10, 2011 requesting a Transcript of the hearing held on August 15, 2007 from Mr. Dominic P. Gentile, counsel for Defendant Frederick John Rizzolo., in which **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of March, 2011.

Philip M. Pro
United States District Judge