DANIEL G. BOGDEN
United States Attorney
ERIC JOHNSON
Chief, Organized Crime Strike Force
333 Las Vegas Boulevard South, Suite 5037
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Facsimile: (702-388-6418
Attorneys for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:06-CR-186-PMP (PAL) |
| Plaintiff, | ) |
| v. | ) |
| FREDERICK RIZZOLO, et al., | ) |
| Defendants. | ) |

**MOTION TO UNSEAL ADDENDUM TO PETITION FOR REVOCATION
OF FREDERICK RIZZOLO'S SUPERVISED RELEASE**

COMES NOW the United States of America by and through its attorneys, Daniel G. Bogden, United States Attorney, and Eric Johnson, Chief, Organized Crime Strike Force, and moves the Court to unseal the addendum to petition for revocation of Frederick Rizzolo's supervised release.  The United States Probation Office filed the addendum to petition with the Court under seal on April1, 2011.  Attorneys representing Kirk and Amy Henry have requested a copy of the addendum to petition.  Since this matter is proceeding by public hearing with the next hearing date set for May 9, 2011, the Government believes that the petition and supplemental petition in this matter should be unsealed.  The Probation Office does not oppose this motion.

Dated April 5, 2011.

DANIEL G. BOGDEN
United States Attorney

/S/
ERIC JOHNSON
Chief, Organized Crime Strike Force

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:06-CR-186-PMP (PAL) |
| ) | |
| v. ) | |
| ) | |
| FREDERICK RIZZOLO, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO UNSEAL ADDENDUM TO PETITION FOR REVOCATION OF FREDERICK RIZZOLO'S SUPERVISED RELEASE (Proposed)**

Having read the Government's motion and good cause appearing, IT IS HEREBY ORDERED that the petition and addendum to petition for revocation of Frederick Rizzolo's supervised release are unsealed.

Dated _ April 6, 2011.

_____
PHILIP M PRO
United States District Judge