UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-00186-PMP-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FREDRICK RIZZOLO aka RICK RIZZOLO, ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is Defendant's Motion for Status (Doc. #429) filed May 5, 2011. The Court has reviewed, *In Camera*, the "Chronos/Client History" prepared by the United States Probation Department throughout its supervision of Defendant Rizzolo. The Court finds that a redacted version of the "Chronos" should be produced for counsel for Plaintiff and Defendant. As a result, this date the Court provided to counsel for Plaintiff United States and Defendant Rizzolo a redacted version of the Department of Probation's "Chronos."

**IT IS THEREFORE ORDERED** that the Clerk of Court shall retain, under Seal, as part of the permanent record of this Court copies of the original "Chronos/Client History" and a copy of the redacted verison thereof.

DATED: May 6, 2011.

_____
PHILIP M. PRO
United States District Judge