```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA

UNITED STATES OF AMERICA,)
                         )
   Plaintiff,            )
                         )
vs.                      )        2:06-CR-186-PMP-PAL
                         )
FREDERICK JOHN RIZZOLO,  )        MINUTES OF THE COURT
                         )
   Defendant.            )        DATED: May 10, 2011
```

PRESENT: THE HONORABLE PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Donna Sherwood     RECORDER: Joan Quiros

COUNSEL FOR PLAINTIFF: Eric Johnson, AUSA

COUNSEL FOR KIRK & AMY HENRY: C. Stanley Hunterton, Philip R. Erwin

COUNSEL FOR DEFENDANT: Dominic Gentile, Paola M. Armeni,
                       Margaret W. Lambrose

U.S. PROBATION OFFICER: Eric Christiansen

PROCEEDINGS: **SUPERVISED RELEASE REVOCATION HEARING (DAY 3)**

9:10 a.m. Court convenes.

**SANDRA COBOS,** having previously been sworn, resumes the stand and testifies further on cross examination by Mr. Gentile and redirect examination by Mr. Johnson. **Government's Exhibit 47 stricken (duplicate of Government's Exhibit 46). Government's Exhibits 34, 43, 49, 50 and 62 are marked and admitted in evidence. Defendant's Exhibit 504 is marked and admitted in evidence.**

10:30 a.m. Court stands at recess.

10:45 a.m. Court reconvenes.

**SANDRA COBOS,** having previously been sworn, resumes the stand and testifies further on redirect examination by Mr. Johnson and recross examination by Mr. Gentile, then is excused. **Government's Exhibit 70 is marked, but not admitted.**

**2:06-CR-186-PMP-PAL**
**5/10/2011**
**Page 2**

---

**P.O. ERIC CHRISTIANSEN,** having previously been sworn, resumes the stand and testifies further on redirect examination by Mr. Johnson and recross examination by Mr. Gentile.

**KIM TRAN RIZZOLO,** called on behalf of the Government, is sworn and testifies on direct examination by Mr. Johnson and cross examination by Mr. Gentile, then is excused.

12:00 p.m. Court stands at recess.

1:15 p.m. Court reconvenes.

**P.O. ERIC CHRISTIANSEN,** having previously been sworn, resumes the stand and testifies further on recross examination by Mr. Gentile, then is excused.  **Defendant's Exhibits 510 and 527 are marked and admitted in evidence.**

**JOHN EARL DAWSON,** called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Gentile.  **Defendant's Exhibits 522 and 523 are marked and admitted in evidence.**

2:50 p.m. Court stands at recess.

3:05 p.m. Court reconvenes.

**JOHN EARL DAWSON,** having previously been sworn, resumes the stand and testifies further on direct examination by Mr. Gentile and cross examination by Mr. Johnson, then is excused.

The Court having heard the arguments of counsel, **IT IS ORDERED** Defendant's Motion in Limine to Present Evidence of Polygraph Results [434] is **DENIED.**

**IT IS ORDERED** the Supervised Release Revocation Hearing is continued to **Wednesday, May 11, 2011, at 10:00 a.m.**

4:25 p.m. Court adjourns.

LANCE S. WILSON, CLERK
United States District Court

By: ___/S/_____
Donna Sherwood, Deputy Clerk