UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>        Plaintiff,<br><br>vs.<br><br>POWER COMPANY, INC, ET AL<br><br>        Defendant. | District No.   2:06-CR-0186-PMP-PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On May 9, 2011 this court received a transcript order form dated May 6, 2011 requesting a Transcript of the hearing held on August 15, 2007 from Mr Eric Johnson, counsel for Plaintiff, United States of America., in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 13n day of May, 2011.

Philip M. Pro
United States District Judge