1
2   HUNTERTON & ASSOCIATES
    C. STANLEY HUNTERTON, ESQ. (1891)
3   333 S. Sixth Street
    Las Vegas, Nevada  89101
4   Telephone: (702) 388-0098
    Facsimile:  (702) 388-0361
5           and
    CAMPBELL & WILLIAMS
6   DONALD J. CAMPBELL, ESQ. (1216)
    PHILIP R. ERWIN, ESQ. (11563)
7   700 South Seventh Street
    Las Vegas, Nevada 89101
8   Telephone: (702) 382-5222
    Facsimile: (702) 382-0540
9

10  Attorneys for Interested Parties
    Kirk and Amy Henry
11

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF NEVADA**

14  UNITED STATES OF AMERICA,           )
15                                       )   Case No. 2:06-cr-00186-PMP-PAL
            Plaintiffs,                  )
16                                       )   **KIRK AND AMY HENRY'S**
    vs.                                  )   **MOTION TO WITHDRAW**
17                                       )   **MOTION FOR ORDER TO**
    POWER COMPANY INC., doing business as )  **SHOW CAUSE WHY THE**
18  THE CRAZY HORSE TOO, and             )   **MANAGERS AND AGENTS**
    FREDERICK JOHN RIZZOLO               )   **OF THE PIAZZA FAMILY**
19                                       )   **LIMITED PARTNERSHIP**
                                         )   **SHOULD NOT BE HELD IN**
20          Defendants.                  )   **CONTEMPT (#466)**
                                         )
21  _____  )

22      Victims KIRK and AMY HENRY, by and through their attorneys of record, hereby file

23  the following Motion to Withdraw their Motion for Order to Show Cause why the Managers and

24  Agents of the Piazza Family Limited Partnership Should not be Held in Contempt (#466).

25      During Defendant Rick Rizzolo's revocation hearing on July 20, 2011, the Court ordered

26  that "the money in the Bank of America account in Philadelphia shall be turned over to the

27

28  Henrys *forthwith*." *See* Minutes of Proceedings (#459) (emphasis added).  Despite the Court's



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

Order, Plaintiffs did not receive the subject funds in an expeditious manner which necessitated their Motion for Order to Show Cause why the Managers and Agents of the Piazza Family Limited Partnership Should not be Held in Contempt (#466).

On August 16, 2011, Plaintiffs finally received a wire transfer from the Piazza Family Limited Partnership in the amount of $465,864.19.   Although the Piazza Family Limited Partnership has ignored Plaintiffs' requests for an accounting of the disputed funds, its attorney Stuart Cohen, Esq. has represented that this constitutes the entire amount that was being held for the benefit of Lions Limited Partnership and, in turn, Rick Rizzolo.  Accordingly, Kirk and Amy Henry request that the Court allow the withdrawal of the Motion for Order to Show Cause why the Managers and Agents of the Piazza Family Limited Partnership Should not be held in contempt (#466).

DATED this 17th day of August, 2011.

HUNTERTON & ASSOCIATES

By /s/ C. Stanley Hunterton
C. STANLEY HUNTERTON, ESQ. (1891)
333 South Sixth Street
Las Vegas, Nevada 89101

*Attorneys for Victim Amy Henry*

CAMPBELL & WILLIAMS

By /s/ Philip. R. Erwin
DONALD J. CAMPBELL, ESQ. (1216)
PHILIP R. ERWIN, ESQ. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Victim Kirk Henry*

IT IS SO ORDERED.

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  August 18, 2011.



CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing was served on the 17th day of August, 2011 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/  Philip R. Erwin, Esq.
An Employee of Campbell & Williams

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540