# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>POWER COMPANY, INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO,<br><br>           Defendants. | 2:06-CR-00186-PMP-GWF<br><br>**ORDER** |

     Having read and considered Defendant Fredrick Rizzolo's Emergency Motion to Stay Surrender to Designated Correctional Facility Pending Appeal of Revocation of Supervised Release (Doc. #471/#472), and the United States' Response (Doc. #474),

     IT IS ORDERED that Defendant Fredrick Rizzolo's Emergency Motion to Stay Surrender to Designated Correctional Facility Pending Appeal of Revocation of Supervised Release (Doc. #471/#472) is hereby DENIED.

DATED: September 12, 2011

                                       PHILIP M. PRO
                                       United States District Judge