**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-oOo-**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-00186-PMP-GWF |
| vs. | ) | **ORDER** |
| POWER COMPANY, INC., doing business as THE CRAZY HORSE TOO, and FREDERICK JOHN RIZZOLO, | ) | |
| Defendants. | ) | |

IT IS ORDERED that on or before June 6, 2014, Plaintiff United States of America shall file a response to Defendants' Motion for Extension of Time to File Appeal (Doc. #521).

DATED: May 27, 2014

_____
PHILIP M. PRO
United States District Judge