# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00186-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| POWER COMPANY, INC., doing business as THE CRAZY HORSE TOO and FREDERICK JOHN RIZZOLO, | |
| Defendants. | |

On May 21, 2014, Appellate Commissioner Peter L. Shaw entered an Order (Doc. #523) remanding the Appellate proceedings to this Court for the limited purpose of determining whether the tardy filing of Defendants/Appellants' Notice of Appeal was the result of "excusable neglect or good cause" in accord with Fed. R. App. P. 4(b)(4). *United States v. Ono*, 72 Fed. 3d. 101, 103 (9th Cir. 1995).

On May 23, 2014, Defendants/Appellants filed a Motion for Extension of Time to File Appeal (Doc. #521) in accord with Fed. R. App. P. 4(b)(4).  The Government filed its Response (Doc. #526) on June 4, 2014, and Defendants/Appellants filed their Reply Memorandum (Doc. #527) on June 8, 2014.  Having considered the arguments set forth therein, the Court finds good cause is presented by Defendants/Appellants to warrant the relief requested.

1 **IT IS THEREFORE ORDERED** that Defendants/Appellants' Motion for Extension of Time to File Appeal (Doc. #521) is GRANTED, and that pursuant to Fed. R. App. P. 4(b)(4), the time within which Defendants/Appellants must file and serve a Notice of Appeal is hereby extended for a period of thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith cause a copy of this Order to be transmitted to Appellate Commissioner Peter L. Shaw at the United States Court of Appeals for the Ninth Circuit.

Dated: June 13, 2014.

```
                                    _____
                                    PHILIP M. PRO
                                    United States District Judge
```