**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER COMPANY, INC. *et al.*,<br><br>　　　　　Defendant. | )<br>)<br>)<br>) 2:06-cr-186 -KJD-PAL<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights have expired in:

　　The Crazy Horse Too trademark and associated goodwill,

(all of which constitutes "property"); and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property will not revert back to the Defendant The Power Company, Inc., and/or any person(s) acting in concert with it and/or on its behalf.

Dated: June 11, 2015

_____
United States District Judge