# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-186-KJD-PAL |
| Plaintiff/Judgment Creditor, | |
| v. | **ORDER** |
| FREDERICK RIZZOLO, | |
| Defendant/Judgment Debtor, | |
| and | |
| PFS INVESTMENTS, INC., and its successors or assigns, | |
| Garnishee. | |

Before the Court is the United States' *Ex* Parte Application for a Writ of Continuing Garnishment. After consideration, the Court finds that the application meets the requirements for issuance of a writ pursuant to 28 U.S.C. § 3205. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court issue a Writ of Garnishment to the Garnishee and a Clerk's Notice of Garnishment and provide them to the United States. The Clerk shall maintain the Application for Writ of Garnishment and this Order with their *ex parte* restriction until such time as the United States certifies that it has completed service of the writ on the Garnishee. The United States shall promptly notify the Clerk when service of process is complete.

**KENT J. DAWSON**
**UNITED STATES DISTRICT JUDGE**

**DATE:** March 16, 2017