**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00186-KJD-PAL |
| Plaintiff/Judgment Creditor, | |
| v. | **ORDER** |
| FREDERICK RIZZOLO, | |
| Defendant/Judgment Debtor, | |
| and | |
| PFS INVESTMENTS, INC., and its successors or assigns, | |
| Garnishee. | |

Before the Court is the United States' Motion to Remove *Ex Parte* Designation and Unseal Filings. Good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion to Remove *Ex Parte* Designation and Unseal Filings is granted and the *ex parte*, or any other restriction, shall be removed from the *ex parte* motion for writ of continuing garnishment (ECF No. 564) and all other related filings, including the Court's order granting the writ (ECF No. 565) and the writ and Clerk's Notice (ECF No. 566). The Clerk of Court is further instructed to regenerate Notice of Electronic Filings for all unsealed filings for delivery to all electronic filers of record.

Dated this __31st__ day of __March_____, 2017.

**KENT J. DAWSON**
**United States District Judge**