1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                Plaintiff/Judgment Creditor,

        v.

FREDERICK RIZZOLO,

                Defendant/Judgment Debtor,

and

PFS INVESTMENTS, INC., and its
successors or assigns,

                Garnishee.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:06-cr-00186-KJD-PAL

**ORDER**

18

19

       This matter is before the Court on the Writ of Garnishment (ECF No. 566), the Answer of the Garnishee (ECF No. 570), and the United States' Notice of Non-Objection.

20

21

22

23

24

25

26

27

       In response to the Writ of Garnishment, the Garnishee filed its Answer on April 14, 2017, stating that, as of April 12, 2017, it had in its possession or control, nonexempt property belonging to or due the debtor with an approximate cash value of $202,295.26. Having been duly served, the 20-day time period for the Defendant/Judgment Debtor Frederick Rizzolo to request a hearing and file written objections under either 28 U.S.C. § 3202(d) or 28 U.S.C. § 3205(c)(5) has passed. Consequently, the United States is entitled to entry of an order "directing the garnishee as to the disposition" of the nonexempt property identified in the Garnishee's answer. *See* 28 U.S.C. § 3205(c)(7). Accordingly,

28

       **IT IS HEREBY ORDERED** that the Garnishee shall pay over to the Clerk of Court the

1

entirety of the funds currently held in the IRA account identified in the Garnishee's Answer for payment toward the outstanding restitution owed by Debtor as a result of the judgment in this matter. The payment shall be made payable to **CLERK, U.S. DISTRICT COURT** and mailed directly to:

CLERK, U.S. DISTRICT COURT
333 Las Vegas Boulevard South, Room 1334
Las Vegas, Nevada 89101

The payment shall clearly identify both the name of the Defendant/Judgment Debtor (Frederick Rizzolo) and the case number (2:06-cr-00186-KJD-PAL) to permit for efficient processing.

**IT IS FURTHER ORDERED** that upon receipt of the payment, the Clerk of Court shall credit the funds toward satisfaction of the judgment in the sequence identified in 18 U.S.C. § 3612(c), and distribute the funds, consistent with 18 U.S.C. § 3664(i), to the individual victim (Kirk Henry).

**IT IS FURTHER ORDERED** that upon receipt of the payment, the United States shall provide a written accounting to the Garnishee and Defendant/Judgment Debtor pursuant to 28 U.S.C. § 3205(c)(9).

Dated this __12th__ day of __July_____ 2017.

_____
Kent J. Dawson
United States District Judge