# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00186-KJD-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| FREDERICK RIZZOLO, | |
| Defendant. | |

This matter came before the Court on the Government's Motion to Apply Seized Funds to Restitution. The Court has reviewed the motion and, good cause appearing,

**IT IS HEREBY ORDERED** that the Federal Bureau of Investigation (FBI) shall deliver to the Clerk of Court the sum of $2,870.00 in U.S. Currency, which represents funds seized during the underlying investigation of this matter and that are currently located in the valuable evidence locker of the Las Vegas Office of the FBI.

**IT IS FURTHER ORDERED** that upon receipt of the funds, the Clerk of Court shall credit the funds toward satisfaction of the judgment in the sequence identified in 18 U.S.C. 3612(c), and distribute the funds, consistent with 18 U.S.C. § 3664(i), to the designate payee of the individual victim in this matter.

Dated this 26th day of APRIL 2018.

Kent J. Dawson
United States District Judge