1  CHRISTOPHER CHIOU
   United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3
   SUMMER A. JOHNSON
4  Assistant United States Attorney
   United States Attorney's Office
5  501 Las Vegas Boulevard S., Suite 1100
   Las Vegas, Nevada 89101
6  Tel: 702-388-6556
   Fax: 702-388-6787
7  Email: Summer.Johnson@usdoj.gov

8  *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FREDERICK JOHN RIZZOLO,<br><br>　　　　　　Defendant. | Case No. 2:06-cr-00186-KJD-PAL<br><br>**ORDER AUTHORIZING PAYMENT FROM FEDERAL BUREAU OF INVESTIGATIONS** |

　　　This matter is before the Court on the motion of the United States to authorize payment from the Federal Bureau of Investigations pursuant to 18 U.S.C. §§ 3613(a). The Court has reviewed the motion and finds that for good cause shown, the Federal Bureau of Investigations shall turnover to the Clerk of Court funds held as evidence in the amount of $341.00 for the above named defendant as payment towards the criminal monetary penalties imposed in this case.

　　　Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

　　　　　Clerk of the Court, U.S. District Court
　　　　　333 Las Vegas Boulevard South, Suite 1334
　　　　　Las Vegas, NV 89101

Payment shall reference Judgment Debtor's name and case number: **2:06-cr-00186-KJD-PAL**.

**IT IS SO ORDERED**:

Dated: 9/20/2021

UNITED STATES DISTRICT JUDGE